**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

|  |  |
|---|---|
| EVA and HAROLD BARON, Individually and on Behalf of All Others Similarly Situated, | ) ) ) Case No.: 1:13-cv-2032-WTL-TAB |
| Plaintiffs, | ) ) CLASS ACTION ) |
| vs. | ) ) |
| ANGIE'S LIST, INC., WILLIAM S. OESTERLE, ANGELA R. HICKS BOWMAN, CHARLES HUNDT, ROBERT R. MILLARD and THAPAR MANU, | ) ) ) ) ) |
| Defendants. | ) ) ) |
| CHRISTOPHER BARTOLONE, Individually and on Behalf of All Others Similarly Situated, | ) ) Case No.: 1:14-cv-0023-WTL-TAB ) ) CLASS ACTION |
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| ANGIE'S LIST, INC., WILLIAM S. OESTERLE, ANGELA R. HICKS BOWMAN, CHARLES HUNDT, ROBERT R. MILLARD and MANU THAPAR, | ) ) ) ) |
| Defendants. | ) ) ) |

**MOTION OF PLYMOUTH COUNTY RETIREMENT SYSTEM FOR
CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT
AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

Plymouth County Retirement System ("Plymouth County") respectfully moves this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for the entry of an order: (1) consolidating the above-captioned related actions; (2) appointing Plymouth County as Lead Plaintiff for a class of purchasers of common stock of Angie's List, Inc. between February 14, 2013 and October 23, 2013, inclusive; and (3) approving Plymouth County's selection of Labaton Sucharow LLP as Lead Counsel for the Class, and Cohen Garelick & Glazier, P.C. as Local Counsel for the Class.  This motion is supported by the accompanying Memorandum of Law, the Declaration of Steven M. Crell and exhibits annexed thereto, the prior pleadings and proceedings herein, and other such written or oral argument as may be permitted by the Court.

Dated: February 21, 2014

Respectfully submitted,

**COHEN GARELICK & GLAZIER, P.C.**

By: */s/ Steven M. Crell*
Steven M. Crell (Indiana Bar No. 49-13945)
8888 Keystone Crossing Plaza
Suite 800
Indianapolis, Indiana  46240
Telephone: (317) 573-8888
Facsimile: (317) 574-3855
E-mail: SCrell@cgglawfirm.com

*Local Counsel for Plymouth County*
*Retirement System, and Proposed*
*Local Counsel for the Class*

Christopher J. Keller
Michael W. Stocker
Rachel A. Avan
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York  10005

Telephone: (212) 907-0700
Facsimile: (212) 818-0477
E-mail: ckeller@labaton.com
mstocker@labaton.com
ravan@labaton.com

*Counsel for Plymouth County Retirement System, and Proposed Lead Counsel for the Class*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 21st day of February, 2014, I electronically filed this Motion of Plymouth County Retirement System for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel, using the Court's CM/ECF system, and the motion and related papers will be sent electronically to the registered participants.

By: */s/ Steven M. Crell*
Steven M. Crell (Indiana Bar No. 49-13945)
**COHEN GARELICK & GLAZIER, P.C.**
8888 Keystone Crossing Plaza
Suite 800
Indianapolis, Indiana  46240
Telephone: (317) 573-8888
Facsimile: (317) 574-3855
E-mail: SCrell@cgglawfirm.com

*Local Counsel for Plymouth County
Retirement System, and Proposed
Local Counsel for the Class*

3